**MICHAEL P. MADDEN, ESQUIRE**
**MADDEN & MADDEN, P.A.**
108 KINGS HIGHWAY EAST - SUITE 200
POST OFFICE BOX 210
HADDONFIELD, NEW JERSEY  08033
TEL:  (856) 428-9520
Attorney for Defendants Voorhees Police Department and Lieutenant Louis Bordi

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| GERALDINE ROCK,<br><br>    Plaintiff(s),<br><br>v.<br><br>VOORHEES POLICE DEPARTMENT, LIEUTENANT LOUIS BORDI and JOHN DOES 1-10 (fictitious persons or entities) jointly and severally and alternatively,<br><br>    Defendant(s). | CIVIL ACTION<br><br>NO. 08-CV-1385<br><br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice and without costs against either party.

MADDEN & MADDEN, P.A.

_____
PATRICK J. MADDEN, ESQUIRE
Attorney for the Defendants Voorhees Police Department and Lieutenant Louis Bordi

LAW OFFICES
MADDEN & MADDEN
A PROFESSIONAL CORPORATION
SUITE 200
108 KINGS HIGHWAY EAST
P. O. BOX 210
HADDONFIELD, NEW JERSEY 08033-0389

ALAN H. SCHORR & ASSOCIATES, P.C.

_____
ALAN H. SCHORR, ESQUIRE
Attorney for the Plaintiffs

DATED: November 26, 2008

LAW OFFICES
MADDEN & MADDEN
A PROFESSIONAL CORPORATION
SUITE 200
108 KINGS HIGHWAY EAST
P. O. BOX 210
HADDONFIELD, NEW JERSEY 08033-0389